**STATE OF MAINE**

**KENNEBEC, SS.**

**SUPERIOR COURT**
**CIVIL ACTION**
**Docket No. CV-98-56**
JRA- KEN -3/...

RANDY ELWELL,

Plaintiff

v.

JOHN MARGOLIS, M.D.,

Defendant

**VERDICT FORM**

1.    Was Defendant John Margolis negligent, and was the Defendant's negligence a proximate cause of damages to the Plaintiff?

Yes ✔          No _____

If the answer to question 1 is "No", answer no further questions. If the answer to question 1 is "Yes", answer question 2.

2.    What are the Plaintiff's total damages?

$ 500,000

Number of jurors concurring in verdict          ( 6 )

Number of jurors not concurring in verdict          ( 2 )

DATED: 3/29/01          _____
                                        Foreperson

Date Filed __7/19/99__ ____Kennebec____ Docket No. __CV98-56__
                        County

Action __Medical Medical-Practice__

# J. ATWOOD

Randy S. Elwell                       VS.  John L. Margolis, M.D.

Plaintiff's Attorney                       Defendant's Attorney
                                           Jeffrey Edwards, Esq.
Christopher C. Dinan, Esq.                 Daniel Rapaport, Esq. (8/2/99)
PO Box 7046                                443 Congress Street
Portland, Maine 04112                      PO Box 9546
                                           Portland, Maine . 04112

| Date of Entry | |
|---|---|
| 7/21/99 | Complaint, filed. s/Dinan, Esq. (filed 7/19/99) |
| | Case File Notice mailed to atty. |
| ****** | Jury fee paid |
| 8/2/99 | Letter regarding deadlines relating to expert and discovery issues filed. s/Rapaport,Esq. |
| 8/2/99 | Answer and affirmative defenses filed. s/Rapaport,Esq. |
| 8/3/99 | SCHEDULING ORDER, Studstrup, J |
| | "Scheduling Order filed. Discovery deadline is April 2, 2000 |
| | Copies mailed to attys. of record. |
| 8/11/99 | Acknowledgement of receipt of complaint filed. s/Rapaport,Esq. |
| 10/28/99 | Notification of Discovery Service, filed. s/Rapaport, Esq. |
| | Defendant Dr. Margolis' Request for Production of Documents served on Christopher Dinan, esq. on 10/22/99 |
| 3/10/00 | Notification of Discovery Service, filed. s/Dinan, Esq. (filed 3/9/00) |
| | Deposition Notice of Jo Buyske, M.D. served on Daniel Rapaport, Esq. on 3/7/00 |
| 3/20/99 | Notification of Discovery Service, filed. s/Rapaport, Esq. |
| | Defendant Dr. Margolis' Notice to Take Oral Depositions served on Christopher Dinan, Esq. on 3/16/00 |
| ------ | Joint Motion to Extend Discovery Deadline, filed. / Rapaport, Esq. |
| | Proposed Order, filed. |
| 3/23/00 | ORDER ON MOTION TO EXTEND DISCOVERY, Atwood, J. |

| Date of Entry | Docket No. |
|---|---|
| 5/24/00 | Notification of Discovery Service, filed. s/Edwards, Esq.<br>Amended Notice to Take Oral Deposition of Randy and Michelle Elwell served on Christopher Dinan, Esq. on 5/22/00 |
| 8/16/00 | Statement of Counsel, filed. s/Dinan, Esq.<br>Time for trial is 3 days. |
| 8/21/00 | Letter from attorney Dinan amended time for trial to 4 days, filed. |
| 8/23/00 | Defendant's Witness and Exhibit List, filed. s/Rapaport, Esq.<br><br>Notice of setting for _10/16 -11/2/00_<br><br>sent to attorneys of record. |
| 9/18/00 | Notice of Appearance, filed. s/Edwards, Esq. |
| 9/20/00 | Letter from attorney Rapaport requesting protection October 23, 24, November 2,3 and if in trial in another county. |
| ----- | Motion for Substitution of Counsel, filed. s/Rapaport, Esq.<br>Affidavit of Daniel Rapaport, filed.<br>Proposed Order, filed. |
| 9/22/00 | Defendant's Requested Jury Instructions, filed. s/Rapaport, Esq.<br>Proposed Special Verdict Form, filed. |
| 9/27/00 | Plaintiff's Trial Management Memorandum, filed. s/Dinan, Esq.<br>Proposed Verdict Form, filed.<br>Plaintiff's Jury Instructions, #1-#9, filed.<br>Plaintiff's Motion to Continue, filed. s/Dinan, Esq.<br>Affidavit of Christopher Dinan, Esq. |
| 10/2/00 | MOTION TO CONTINUE, Atwood, J.<br>Motion granted.  Case continued to the next trial list.<br>Copies mailed to attys of record. |
| 1/24/01 | PRETRIAL ORDER, Atwood, J.<br>Rule 16(b) Pretrial Order  entered.<br>Copies mailed to attys of record. |
| 2/9/01 | Defendant's Motion in Limine to Admit Evidence of Plaintiff's Prior Criminal Convictions, filed. s/Rapaport, Esq.<br>Memorandum of Law in Support of Defendant's Motion in Limine to Admit Evidence of Plaintiff's Prior Criminal Conviction, filed. s/Rapaport, E |
| 2/20/01 | Notification of Discovery Service of Deposition Notice of Ronald F. Martin, M.D. served on Daniel Rapaport, Esq. on 2/14/01, filed. s/C. Dinan, Esq.<br><br>Plaintiff's Trial Management Memorandum, filed. s/Dinan, Esq. |
| 2/27/01 | ORDER OF TRIAL MANAGEMENT CONFERENCE, Atwood, J. (dated 2/23/01)<br>Copies mailed to attys of record. |
| 3/2/01 | Notification of Discovery Service, filed. s/Dinan, Esq. |

| Date of Entry | |
|---|---|

ELWELL VS. MARGOLIS MD      Docket No. <u>CV98-56</u>

**3/21/01**
Deposition of Dr. Jo Buyske, filed.
Deposition of Thomas Gouge, M.D., filed.
Deposition of Randy Elwell, filed.
Deposition of Randy Elwell, filed.

**3/21/01**
Proposed Jury Instruction, filed. s/Rapaport, Esq.

**3/29/01**
Case open to drawn on 3/19/01 and jury trial held on 3/26/01 with Hon. Justice John Atwood, presiding.
Christopher Dinan, Esq. for the Plaintiff and Daniel Rapaport, Esq. for the Defendant. Phil Galucki, Court Reporter.

Plaintiff presents opening statements to the jury at 9:45 a.m.
Defendant presents opening statements to the jury at 10:10 a.m.

Plaintiff presents evidence to the jury.
Plaintiff calls Dr. John Margolis as a witness.
Plaintiff's exhibits #21,22,23,24,25,26,27,28,29,30,31,31A,32,33,35,37,38, 39,are marked, offered and admitted without objection. #40,41,42,43,44,45,46 47,48,49,50,51,53 are admitted without objection. #67 is marked. #78 is marked.
Jury trial recesses at 3:50 p.m.

Jury trial resumes at 8:45 a.m. on 3/27/01 with Hon. Justice John Atwood, presiding.
Plaintiff presents video deposition of Dr. Buyske to the jury.
Plaintiff calls Randy Elwell and Dr. Thomas Gouge as witnesses.
Plaintiff exhibits #2,2A,15-20,52,54,55,56,57,58,60,62 are admitted without objection. #79 is marked.
Plaintiff rests at 1:22 p.m.

Defendant presents evidence to the jury.
Defendant calls Ronald Martin and re-calls Dr. Margolis as witnesses.
Defendants exhibits #7,1,2,3,5,6,13,31 are admitted without objection. #32 is marked.
Defendant rests at 3:00 p.m.
Plaintiff rests finally at 3:00 p.m.

Jury trial resumes at 9:20 a.m. on 3/28/01 with Hon. Justice John Atwood, presiding.
Plaintiff presents closing statments to the jury.
Defendant presents closing statements to the jury.
Judge Atwood instructs the jury of the law.
Jury retires to deliberate at 11:10 p.m.
Jury returns notes to be re-instructed by Judge Atwood.
Jury released at 4:30 to return at 5:15 p.m. to deliberate.
Jury released at 6:50 p.m. to return at 9:00 a.m. to deliberate.

Jury returns to deliberate at 9:00 a.m. on 3/29/01
Jury returns verdict at 1:45 p.m.

VERDICT FORM, s/Naddeau, Foreperson
1.    Was Defendant John Margolis negligent, and was the Defendant's negligence a proximate cause of damages to the Plaintiff?  Yes

2.    What are the Plaintiff's total damages? $3000,000

Number of jurors concurring in verdict   (6)
Number of jurors not concurring in verdict  (2)